# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **GEORGIA LUMBER MARKETERS, LLC,**<br><br>      Plaintiff,<br><br>v.<br><br>**DANTZLER, INC.**,<br><br>      Defendant. | Civil Action No. 7:14-CV-115 (HL) |

## ORDER

Before the Court is the Motion to Dismiss (Doc. 4) by Defendant Dantzler, Inc. ("Dantzler"). Dantzler filed the motion to dismiss on July 28, 2014. After Plaintiff failed to respond to the motion, this Court entered an Order (Doc. 10) on August 27 directing Plaintiff to show good cause why the motion should not be granted as unopposed. On August 30, Plaintiff filed a motion for an extension of time to respond to the motion to dismiss, asking that it be given until September 11, 2014 to file a response and stating that Defendant agreed to the extension. This Court granted the motion for an extension of time. Nevertheless, Plaintiff has yet to respond to the motion to dismiss. The Court interprets Plaintiff's silence as a concession that the motion is due to be granted. Therefore, Dantzler's motion to dismiss is granted as unopposed, and this case is dismissed without prejudice.

**SO ORDERED**, this the 22nd day of September, 2014.

*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**

scr